IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVEN A. CARPENTER,

    Plaintiff,

v.

                              Case No. 2:09-CV-0965
                              JUDGE EDMUND A. SARGUS, JR.
                              MAGISTRATE JUDGE NORAH MCCANN KING

OHIOHEALTH CORPORATION,

    Defendant.

### ORDER

Having been advised by the parties that this case has been settled, the parties shall submit a settlement agreement to the Court by **February 17, 2012**.

IT IS SO ORDERED.

\_\_1-17-2012_____                                  _____
DATED                                                             EDMUND A. SARGUS, JR.
                                                              UNITED STATES DISTRICT JUDGE